UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTOPHER MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:20-cv-2931 |
| | ) |
| COMMERCIAL AIR, INC., | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

1. Comes now the Plaintiff, Kristopher Miller ("Plaintiff"), by undersigned counsel, and hereby files this lawsuit against the Defendant, Commercial Air, Inc. pursuant to the Americans with Disabilities Act Amendment Act ("ADA"), 42 U.S.C. § 12101 *et seq.*, and the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*

**PARTIES**

2. Plaintiff has resided within the Southern District of Indiana at all relevant times.

3. Defendant, Commercial Air, Inc. is a corporation that operates and conducts business in the Southern District of Indiana.

**JURISDICTION AND VENUE**

4. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 & § 1343, 42 U.S.C. § 12117, and 29 U.S.C. § 626(c).

5. Plaintiff was an "employee" within the meaning of 42 U.S.C. § 12111(4) and 29 U.S.C. § 630(f).

6. Defendant is an "employer" within the meaning of 42 U.S.C. § 12111(5) and 29 U.S.C. § 630(b).

7. Plaintiff satisfied his obligation to exhaust his administrative remedies, having timely filed two Charges of Discrimination with the Equal Employment Opportunity Commission. Plaintiff received his "Dismissal and Notice of Rights" on said Charges and now timely files this lawsuit within ninety (90) days after receipt of said Notice.

8. All of the events, transactions and occurrences pertinent to this lawsuit occurred within the geographical environs of the Southern District of Indiana and all parties are located therein. Therefore, venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## FACTUAL ALLEGATIONS

9. Plaintiff is fifty-five (55) years of age.

10. Plaintiff began his employment with Defendant on or about January 7, 2019. At the time of his wrongful termination, Plaintiff worked for Defendant as a welder and pipefitter.

11. Plaintiff's work performance met or exceeded the Defendant's legitimate expectations at all relevant times.

12. Plaintiff suffers from Tricompartmental Ostheoarthritis. His impairment substantially limits one or more major life activities, including, but not limited to, mobility, driving, exercise, housework, and recreational activities. As a result of his disability, Plaintiff walks with a noticeable limp.

13. Plaintiff is a qualified individual with a disability, and/or has a record of disability, and/or is regarded by Defendant as disabled. Plaintiff could perform all of the essential functions of his job with or without an accommodation.

14. In mid-March 2020, Defendant informed its employees that they were being laid-off until further notice due to the Covid-19 pandemic. With the exception of Plaintiff, Defendant's other employees were only laid off for one day. Plaintiff was laid off for over a

week and was never called back to work.  On March 30, 2020, Plaintiff received an email from Defendant informing him that his employment was being terminated as "an unfortunate consequence of what is happening in the world right now."

15. Plaintiff is 10 or more years older than his similarly-situated co-workers that were on his crew.

16. Despite informing Plaintiff that he was being let go due to lack of work, Defendant moved a crew of substantially younger and/or not disabled or regarded as disabled workers from another job site to work on the job that Plaintiff had been working on.

17. Plaintiff had no warning prior to his termination that his job was in jeopardy.

## COUNT I

## AGE DISCRIMINATION UNDER ADEA

18. Plaintiff hereby incorporates paragraphs 1-17 of his Complaint.

19. Defendant has accorded more favorable treatment to similarly-situated employees who are substantially younger than Plaintiff.

20. Defendant took adverse employment actions against Plaintiff due to his age.

21. Defendant's actions were intentional, willful, and done in reckless disregard of Plaintiff's rights as protected by the ADEA.

22. Plaintiff has been and continues to be harmed as a result of Defendant's unlawful actions.

## COUNT II

## DISABILITY DISCRIMINATION – ADA

23. Plaintiff hereby incorporates paragraphs 1-22 of his Complaint.

24. Defendant has accorded more favorable treatment to similarly-situated

employees who are not disabled, and/or regarded as disabled, and/or who do not have a record of disability.

25. Defendant took adverse employment actions against Plaintiff based on his disability, record of a disability, and/or a perception of him being disabled.

26. Defendant's unlawful actions were intentional, willful, and done in reckless disregard of Plaintiff's rights as protected by the ADA.

27. Plaintiff has been and continues to be harmed as a result of Defendant's unlawful actions.

## REQUESTED RELIEF

WHEREFORE, Plaintiff, Kristopher Miller, respectfully requests that this Court find for him and order that:

1. Defendant reinstate Plaintiff to the same position, salary, and seniority, or pay front pay and benefits to him in lieu thereof;

2. Defendant pay lost wages and benefits to Plaintiff;

3. Defendant pay compensatory and punitive damages to Plaintiff;

4. Defendant pay liquidated damages to Plaintiff;

5. Defendant pay pre- and post-judgment interest to Plaintiff;

6. Defendant pays Plaintiff's attorneys' fees and costs incurred in this action; and

7. Defendant pays to Plaintiff any and all other legal and/or equitable damages that this Court determines just and proper to grant.

Respectfully submitted,

John H. Haskin, Attorney No. 7576-49
Natalie R. Dickey, Attorney No. 25294-41
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana  46204
Telephone:     (317)955-9500
Facsimile:      (317)955-2570
Email: jhaskin@jhaskinlaw.com
Email: ndickey@jhaskinlaw.com

**DEMAND FOR JURY TRIAL**

Plaintiff, Kristopher Miller, respectfully requests a jury trial for all issues deemed triable.

John H. Haskin, Attorney No. 7576-49
Natalie R. Dickey, Attorney No. 25294-41
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana  46204
Telephone:     (317)955-9500
Facsimile:      (317)955-2570
Email: jhaskin@jhaskinlaw.com
Email: ndickey@jhaskinlaw.com